**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6910

_____

ROBERT MATTHEW BLACK,

                                    Plaintiff - Appellant,

        versus

STAN BURTT, Warden of Lieber Correctional
Institution; NURSE ALLEN, Nurse at Lieber
Correctional Institution,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr., District
Judge.  (3:05-cv-02222-HMH)

_____

Submitted:  November 30, 2006      Decided:  December 12, 2006

_____

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Matthew Black, Appellant Pro Se.  Norma Anne Turner Jett,
NESS, JETT & TANNER, Bamberg, South Carolina, for Appellees

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Matthew Black appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motions to amend the complaint and to compel discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Black v. Burtt</u>, No. 3:05-cv-02222-HMH (D.S.C. Apr. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>